IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR0052 |
| | ) | |
| Plaintiff, | ) | JUDGE CRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MOHAMMAD H. MOHAMMAD, et al., | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| Defendants. | ) | |

1. On September 11, 2018, subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 18 U.S.C. § 982], this Court issued a preliminary order of forfeiture (Doc. 106), forfeiting the following properties to the United States:

   a. $250,226.80 seized from Charter One Bank Account 4515459847, in the name of WALLBRIGHT ENTERPRISES;

   b. $150,000.00 seized from Charter One Bank Account # 4515459898, in the name of WALLBRIGHT ENTERPRISES; and,

   c. $19,545.60 seized from Charter One Bank Account # 4519860899, in the name of WALLBRIGHT ENTERPRISES.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interest they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days. Said published notice advised all third parties of their right to petition the court within thirty (30)

days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the initially forfeited properties.

4. No claims were made to the subject properties.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that the following properties are finally forfeited to the United States pursuant to 21 U.S.C. § 853 for disposition in accordance with law:

    a. $250,226.80 seized from Charter One Bank Account 4515459847, in the name of WALLBRIGHT ENTERPRISES;

    b. $150,000.00 seized from Charter One Bank Account # 4515459898, in the name of WALLBRIGHT ENTERPRISES; and,

    c. $19,545.60 seized from Charter One Bank Account # 4519860899, in the name of WALLBRIGHT ENTERPRISES.

---

Additionally, upon motion of the United States, the following properties are hereby dismissed:

    A. $296,604.04 seized from PNC Bank Account #4105816741, in the name of HOLYLAND IMPORTED FOODS INC;

    B. $168,934.15 seized from PNC Bank Account #4105816776, in the name of HOLYLAND IMPORTED FOODS INC; and,

    C. $14,287.47 seized from PNC Bank Account #4105816784, in the name of BARGIN FAIR INVESTMENT INC.

IT IS SO ORDERED this 20th day of February, 2019.

                                                s/ Christopher A. Boyko
                                                CHRISTOPHER A. BOYKO
                                                UNITED STATES DISTRICT JUDGE